**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor　　John S. Von Helms,　　　　　Case No　　15-40961　　　　Chapter　13
Moving Creditor　Bayview Loan Servicing, LLC　　Date Case Filed　　December 2, 2015

Nature of Relief Sought:　☒ Lift Stay　　☐ Annul Stay　　☒ Other (describe): Co-Debtor Stay/Dismiss

Chapter 13　Date of Confirmation Hearing　　　Date Plan Confirmed　　June 10, 2016

1. Collateral
   a. ☒ Home
   b. ☐ Car _____
   c. ☐ Other (describe)_____

2. Balance Owed as of July 7, 2020 $255,261.09
   Total of all other Liens against Collateral $0.00 (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $340,000.00 (per Debtor's Schedules)

5. Default
   a. ☐ Pre-Petition Default
      Number of months __　Amount $_____
   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months 3　Amount $8,826.04 (including attorney's fees and costs)
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months __　Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid  Amount $_____
      iii. ☐ Rapidly depreciating asset
      iv. ☒ Other (describe) Material payment default
   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) __
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm　ii. ☐ Redeem　iii. ☐ Surrender　iv. ☐ No Statement of Intention Filed

Date: July 30, 2020　　　　Submitted By:　　/s/Kinnera Bhoopal
　　　　　　　　　　　　　　　　　　　　　　ARDC# 6295897
　　　　　　　　　　　　　　　　　　　　　　McCalla Raymer Leibert Pierce, LLC